Alan H. Weinreb, Esq.
THE MARGOLIN & WEINREB LAW GROUP, LLP
165 Eileen Way, Suite 101
Syosset, New York 11791
Telephone: (516) 945-6055
alan@nyfclaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WEST COAST 2014-7, LLC,

                              Plaintiff,

                                     STATEMENT PURSUANT
   -against-                             TO FED. R. CIV. P. 7.1

STEPHEN F. LUKE; STEPHEN F. LUKE, SR.; TIFFANY
N. STUART; NEW YORK METHODIST HOSPITAL,
                              Defendant(s).
------------------------------------------------------------------X

       Pursuant to Fed. R. Civ. P. 7.1, Plaintiff West Coast 2014-7, LLC hereby certifies that it does not have any parent corporation publicly held. West Coast 2014-7, LLC has no publicly held subsidiaries or affiliates.

Dated:  January 14, 2020
          Syosset, New York

                                     Yours, etc.
                                     The Margolin & Weinreb Law Group, LLP
                                     Attorneys for Plaintiff

                                     By:/s/ Alan H. Weinreb
                                        Alan H. Weinreb, Esq.